RCO HAWAII, LLLC
A Hawaii Limited Liability Law Company

CHARLES R. PRATHER 7664
cprather@rcolegal.com
SOFIA M. HIROSANE 9299
shirosane@rcolegal.com
900 Fort Street Mall, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 532-0090
Facsimile: (808) 524-0092

Attorneys for Plaintiffs
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB10, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HYB10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB10, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HYB10,<br><br>Plaintiff,<br><br>vs.<br><br>DEBBIE DELA CRUZ; DESTINY NOHELANI CREMER - DELA CRUZ; CHRISTOPHER STORER; | CIVIL NO. 12-0445 HG BMK (FORECLOSURE)<br><br>**FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION TO REMAND ACTION REMOVED FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT, STATE OF HAWAII;CERTIFICATE OF SERVICE**<br><br>*Caption continued on next page* |

| ASSOCIATION OF APARTMENT OWNERS OF HALE ROYALE, INC.; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50, |
|---|
| Defendant |

**FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION TO REMAND ACTION REMOVED FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT, STATE OF HAWAII**

Plaintiff's Motion to Remand Action Removed from the Circuit Court of the Second Circuit, State of Hawaii ("Motion") duly came on for hearing on September 24, 2012 before the Honorable Barry M. Kurren, Judge of the above-entitled Court. Charles R. Prather appeared via telephone on behalf of Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB10, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HYB10 and David W. Cain appeared on behalf of Defendants DEBBIE DELA CRUZ, DESTINY NOHELANI CREMER - DELA CRUZ and CHRISTOPHER STORER.

After careful consideration of the Motion, the supporting and opposing memoranda, and the applicable law, the Court HEREBY FINDS

AND RECOMMENDS that the district court GRANT Plaintiff's Motion for the reason set forth below.

## FINDINGS OF FACT

1. On April 17, 2012, Plaintiff filed its Complaint for Foreclosure in the Circuit Court of the Second Circuit, State of Hawaii.

2. Defendants DESTINY NOHELANI CREMER - DELA CRUZ and CHRISTOPHER STORER ("Defendants") were served on July 11, 2012.

3. Defendants filed their Notice of Removal on August 6, 2012.

4. Defendants' Notice of Removal stated that they were relying on diversity of citizenship.

5. Defendants are "adult individuals living in the State of Hawaii."

## CONCLUSIONS OF LAW

Pursuant to the foregoing findings of fact, the Court concludes:

1. Defendants have not met their burden of establishing that their place of citizenship is other than Hawaii for purposes of removal based on diversity of citizenship.

2. Given that Defendants removed the present action to this Court on the basis of diversity of citizenship, yet are citizens of Hawaii, the Court concludes that removal was improper under the forum defendant rule.

3. On the basis of the foregoing, Plaintiff's Motion to Remand Action Removed from the Circuit Court of the Second Circuit, State of Hawaii, filed on September 6, 2012, is HEREBY GRANTED.

4. The Court thus finds and recommends that this case be remanded to the Circuit Court of the Second Circuit, State of Hawaii.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, October 1, 2012



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge