IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB10, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HYB10,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DEBBIE DELA CRUZ; DESTINY NOHELANI CREMER – DELA CRUZ; CHRISTOPHER STORER;ASSOCIATION OF APARTMENT OWNERS OF HALE ROYALE, INC.; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50,<br><br>          Defendants. | CV 12-00445 HG-BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (Doc. 17)

Findings and Recommendation having been filed and served on all parties on October 02, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant Plaintiff's Motion to Remand Action Removed From the Circuit Court of the Second Circuit, State of Hawaii" (Doc. 17) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: November 13, 2012, Honolulu, HI.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge