IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

THE  BANK OF NEW YORK      )     CV 12-00445 HG-BMK
MELLON FKA THE BANK OF     )
NEW YORK, AS TRUSTEE FOR   )
THE CERTIFICATE HOLDERS    )
OF                         )
THE CWMBS  INC., CHL       )
MORTGAGE PASS-THROUGH      )
TRUST 2005-HYB10,          )
MORTGAGE                   )
PASS THROUGH               )
CERTIFICATES,              )
SERIES 2005-HYB10,         )
                           )
                           )
          Plaintiffs,      )
                           )
     vs.                   )
                           )
DEBBIE DELA CRUZ; DESTINY  )
NOHELANI CREMER - DELA     )
CRUZ; CHRISTOPHER          )
STORER;ASSOCIATION OF      )
APARTMENT                  )
OWNERS OF HALE ROYALE,     )
INC.; JOHN DOES 1-50;      )
JANE                       )
DOES 1-50; DOE             )
PARTNERSHIPS               )
1-50; DOE CORPORATIONS     )
1-50;                      )
DOE ENTITIES 1-50; and     )
DOE                        )
GOVERNMENTAL UNITS 1-50,   )
                           )
                           )
          Defendants.      _
_____
_____

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (Doc. 17)

Findings and Recommendation having been filed and served on all parties on October 02, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant Plaintiff's Motion to Remand Action Removed From the Circuit Court of the Second Circuit, State of Hawaii" (Doc. 17) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: November 13, 2012, Honolulu, HI.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge